UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 28, 2014

MEMO TO COUNSEL RE:  Americredit Financial Services, Inc. v. Beltway Auto Brokers, LLC
Civil No. JFM-14-1107

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion for summary judgment as to defendant Khazeyer Molavi in connection with count IV of the complaint.

I believe that at this stage of the litigation the motion should be denied. That is not to say, however, that Molavi's invocation of his right against self-incrimination will prevent the entry of summary judgment against until he chooses no longer to assert his right against self-incrimination. If, after discovery has concluded, the record is clear that Beltway Auto is indebted to Americredit and Molavi personally guaranteed the amounts to Beltway Auto, plaintiff is free to renew its motion for summary judgment.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge